UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN ACEVEDO,<br><br>    Petitioner,<br><br>        v.<br><br>FRANCISCO QUINTANA, ET AL.,<br><br>    Respondents. | CASE NO. CV 11-403-DMG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  April 26, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA11CV00403DMG(PJW)_Acevedo_J.wpd